UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TIWANA, | 1:06-cv-00803-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15) |
| vs. | **ORDER DISMISSING ACTION** |
| BOARD OF PRISON TERMS, et al., | |
| Defendants. / | |

Plaintiff, Paul Tiwana ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. |
| 2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a |
| 3 | de novo review of this case. Having carefully reviewed the |
| 4 | entire file, the Court finds the Findings and Recommendations to |
| 5 | be supported by the record and by proper analysis. |
| 6 | Accordingly, IT IS HEREBY ORDERED that: |
| 7 | 1. The Findings and Recommendations, filed February 27, |
| 8 | 2007, are ADOPTED in full; and, |
| 9 | 2. This action is DISMISSED, without leave to amend, for |
| 10 | plaintiff's failure to state a claim upon which relief may be |
| 11 | granted. |
| 12 | IT IS SO ORDERED. |
| 13 | Dated: **April 25, 2007**          /s/ Lawrence J. O'Neill |
|    | UNITED STATES DISTRICT JUDGE |