1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PAUL TIWANA,                                    CASE NO. 1:06-CV-00803 LJO DLB  PC

12                      Plaintiff,                   ORDER STRIKING MOTION
             vs.
13                                                   (Doc. 24)

14
     CALIFORNIA DEPARTMENT OF
15   CORRECTIONS, et al.,

16                      Defendants.
                                          /
17

18          Plaintiff is a state prisoner and was proceeding pro se and in forma pauperis in this action. On

19   November 17, 2008, Plaintiff filed a motion for a temporary restraining order.  However, this action was

20   closed on April 25, 2007.

21          Plaintiff's motion is HEREBY ORDERED STRICKEN.  No further filings will be accepted in

22   this action.

23

24          IT IS SO ORDERED.

25      **Dated:    November 19, 2008                     /s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                   1